<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEONARDO CAICEDO-SALAS,  Petitioner,  v.  R. THOMPSON, *FCI FORT DIX WARDEN*,  Respondent. | Civil Action No. 24-10563 (GC)  **MEMORANDUM & ORDER** |

<u>**CASTNER, District Judge**</u>

Petitioner is a federal prisoner currently incarcerated at FCI Fort Dix, Fort Dix MDL, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241"). (ECF No. 1 ("Petition").) On December 5, 2024, the Court entered a Memorandum and Order directing the Clerk of the Court to administratively terminate this matter, without filing the Petition, and stating that, if Petitioner wishes to reopen this case, he shall so notify this Court in writing and submit a complete, signed habeas petition on the appropriate form. (ECF No. 2 at 1-2.)

A complete, signed habeas petition on the appropriate form was received on January 7, 2025. (ECF No. 4 ("Amended Petition").)

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to Section 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Amended Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

**IT IS**, therefore, on this 15th day of January, 2025, **ORDERED** as follows:

**ORDERED** that the Clerk shall **REOPEN** this matter; and it is further

**ORDERED** that the Clerk shall serve a copy of the Amended Petition and attached documents (ECF Nos. 4, 4-1, 4-2, and 4-3) and this Order on Respondent by regular U.S. mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk shall forward a copy of the Amended Petition and attached documents (ECF Nos. 4, 4-1, 4-2, and 4-3) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov ; and it is further

**ORDERED** that within forty-five (45) days of the date of the entry of this Order, Respondent shall file and serve a response which responds to the allegations and grounds in the Amended Petition, and which includes all affirmative defenses Respondent seeks to invoke; and it is further

**ORDERED** that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

**ORDERED** that within forty-five (45) days of receipt of the response, Petitioner may file a reply to the response; and it is further

**ORDERED** that within seven (7) days of Petitioner's release, Respondent shall electronically file a written notice of the same with the Clerk; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

_____
GEORGETTE CASTNER
United States District Judge